UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILNER MENDEZ-LOPEZ,

        Plaintiff,

-against-

YOON H. BACK, et al.,

        Defendants.

**ORDER STAYING ACTION PENDING ARBITRATION**

20-CV-04444 (PMH)

PHILIP M. HALPERN, United States District Judge:

By letter dated May 27, 2021, Plaintiff notified the Court "that the parties have agreed to binding arbitration in this matter." (Doc. 27). Accordingly, it is **HEREBY ORDERED** that:

1. This action is STAYED pending the outcome of arbitration;

2. All scheduled conferences or other scheduled court appearances are cancelled; and

3. The Clerk of the Court is respectfully directed to administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

        **SO ORDERED:**

Dated: White Plains, New York
May 28, 2021

_____
PHILIP M. HALPERN
United States District Judge

---

[1] *See Zimmerman v. UBS AG*, 789 F. App'x 914, 915-16 (2d Cir. 2020) (summary order) ("The district court's administrative closure of the case does not constitute a final decision: there is no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which we will assume was made for administrative or statistical convenience." (alterations in original, internal quotation marks omitted)).